# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2024

*The Court of Appeals hereby passes the following order:*

## A25I0056. CAMBRE & ASSOCIATES, LLC et al. v. R. SHANE LAZENBY.

R. Shane Lazenby filed suit against a law firm and three individual defendants on behalf of himself and other Georgia plaintiffs' lawyers. Lazenby's complaint alleges that the defendants are directly soliciting personal injury victims in violation of OCGA § 33-24-53 and professional rules of conduct, thereby violating Lazenby's "right to do business and compete honestly." The complaint, as amended, also asserts claims under Georgia's Racketeer Influenced and Corrupt Organizations Act, OCGA § 16-14-4, and Fair Business Practices Act, OCGA § 10-1-391 et seq. The defendants moved to dismiss the complaint under OCGA § 9-11-12 (b) (6). The trial court apparently denied the motion, and the defendants now seek interlocutory review in this Court.

Under Court of Appeals Rule 30 (c), an application for interlocutory appeal "shall . . . have attached a stamped 'filed' copy of the trial court's order to be appealed[.]" This rule further provides that "[t]he Court shall return any application not containing a stamped 'filed' copy of the trial court order or judgment from which the appeal is based[.]"

In this case, the defendants submitted with their application a single trial court order titled "Order and Certificate of Immediate Review."[1] That order states that the trial court entered a separate order denying the defendants' motion to dismiss, which

---

[1] The defendants uploaded this same document as both the "Certificate of Immediate Review" and "Trial Court Order" through our electronic filing system.

order is of such importance to the case that immediate review should be had. However, the defendants did not submit the order denying their motion to dismiss. By failing to include the order they wish to appeal, the defendants have not complied with Court of Appeals Rule 30 (c), and we have nothing to review. Accordingly, this application for interlocutory appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   10/22/2024                    *

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*